518 A.2d 807

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Keith W. ZETTLEMOYER, Petitioner.**

Supreme Court of Pennsylvania.

Argued May 20, 1986.

Decided Dec. 23, 1986.

## ORDER OF COURT

PER CURIAM.

AND NOW, this 23rd day of December, 1986, the petition for allowance of appeal is denied and the stay of execution entered by the Supreme Court on November 12, 1985 is vacated.